**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 69.113.173.83**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Lindenhurst, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/03/2018 23:20:27 | AAC8B3DE00CA39B816E66C843304FCD30B02945B | Young 18 Year Old Couple in Hot Summer Sex |
| 06/13/2018 17:31:48 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 06/13/2018 17:31:37 | 7B1338CF011BB8AE92A32A35EE2FB215DC210A5F | Fill Her Up |
| 05/08/2018 14:12:11 | 6ED2A239551D79E2BC1C725943E63028B2D2E420 | Welcome To The Jungle |
| 05/08/2018 14:06:20 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |

**Total Statutory Claims Against Defendant: 5**